AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TREADWELL, MARC T. | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF GEORGIA | 08/03/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address |
|---|
| P. O. BOX 65<br>MACON, GA 31202 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Mercer Law School - Salary | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed landscape architect (d/b/a WT Designs) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trust #2 | Mortgage on rental property #1, Fripp Island, SC (Part VII, line 4) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Account (Y) | | | | | | | | | |
| 3. SunTrust Account (Y) | | | | | | | | | |
| 4. Rental Property #1, Fripp Island, SC | E | Rent | N | W | | | | | |
| 5. Northwestern Mutual - Whole Life policy #1 | A | Dividend | | | Distributed | 07/29/11 | K | D | |
| 6. Northwestern Mutual - Whole Life policy #2 | A | Dividend | | | Distributed | 07/29/11 | K | B | |
| 7. Northwestern Mutual - Whole Life policy #3 | A | Dividend | | | Distributed | 07/29/11 | K | D | |
| 8. Northwestern Mutual - Whole Life policy #4 | A | Dividend | | | Distributed | 07/29/11 | K | C | |
| 9. Lincoln National Life - Survivorship universal life policy | | None | L | V | Buy | 05/19/11 | L | | |
| 10. Brokerage #1 | | | | | | | | | |
| 11. -Merrill Lynch Cash Management Account | B | Interest | N | T | | | | | |
| 12. -Powershares VRDO Tax Free Fund | B | Interest | M | T | | | | | |
| 13. Brokerage #2 | | | | | | | | | |
| 14. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 15. -American Express Company (common) | A | Dividend | K | T | | | | | |
| 16. -Ameriprise Financial Inc (common) | A | Dividend | J | T | | | | | |
| 17. -Bristol-Myers Squibb Co (common) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -General Electric (common) | A | Dividend | J | T | | | | | |
| 19. -Home Depot Inc (common) | A | Dividend | J | T | | | | | |
| 20. -Johnson and Johnson (common) | A | Dividend | K | T | | | | | |
| 21. -Kimberly Clark (common) | B | Dividend | K | T | | | | | |
| 22. -Zimmer Holdings Inc (common) | | None | J | T | | | | | |
| 23. Brokerage #3 | | | | | | | | | |
| 24. -Morgan Stanley Smith Barney Bank Deposit Program (X) | A | Interest | K | T | | | | | |
| 25. Brokerage #4 | | | | | | | | | |
| 26. -Merrill Lynch Cash Management Account | A | Interest | J | T | | | | | |
| 27. -Allianz NFJ Dividend Value Fd Cl P | A | Dividend | J | T | Buy | 3/7/11 | J | | |
| 28. | | | | | Sold (part) | 10/7/11 | J | | |
| 29. -Allianz NFJ International Value Fund | A | Dividend | J | T | Buy | 4/27/11 | J | | |
| 30. -Columbia Value & Restructuring Fund Cl Z | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 31. | | | | | Sold (part) | 09/07/11 | J | | |
| 32. -DWS Intrmd Tax/AMT Free Cl S | A | Dividend | J | T | Buy | 3/4/11 | J | | |
| 33. -Henderson International Opportunities Fd Cl I | A | Dividend | J | T | Buy | 3/7/11 | J | | |
| 34. -Ivey Asset Strategy Fund Cl I | A | Dividend | J | T | Buy | 3/7/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Legg Mason Western Asset Municipal High Income I | A | Dividend | J | T | Buy | 9/7/11 | J | | |
| 36. -Lord Abbet Intermediate Tax Free Fd Cl F | A | Dividend | J | T | Buy | 3/7/11 | J | | |
| 37. -Mainstay Large Cap Growth Fund Cl I | | None | J | T | Buy | 3/7/11 | J | | |
| 38. -MFS Value Fd Cl I | A | Dividend | J | T | Buy | 3/7/11 | J | | |
| 39. -Oppenheimer Gold & Special Minerals Fd Cl Y | A | Dividend | J | T | Buy | 3/7/11 | J | | |
| 40. | | | | | Sold (part) | 4/27/11 | J | A | |
| 41. -Oppenheimer Rising Dividends Fund Cl Y | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 42. -Rydex/SGI Mid Cap Value Fund Cl I | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 43. -T Rowe Price Summit Muni Intermediate Fd | A | Dividend | J | T | Buy | 03/07/11 | J | | |
| 44. -Artio International Equity Fund II Cl I | | None | | | Buy | 03/07/11 | J | | |
| 45. | | | | | Sold | 04/27/11 | J | A | |
| 46. -Hartford Capital Appreciation Fd Cl I | | None | | | Buy | 03/07/11 | J | | |
| 47. | | | | | Sold | 09/07/11 | J | | |
| 48. -Blackrock National Municipal Fund Instl | A | Dividend | | | Buy | 03/07/11 | J | | |
| 49. | | | | | Sold | 09/07/11 | J | A | |
| 50. IRA #1 | B | Dividend | L | T | | | | | |
| 51. -Merrill Lynch cash holding account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Allianz NFJ Dividend Value Fd Cl P | | | | | Buy | 3/7/11 | J | | |
| 53. | | | | | Sold (part) | 5/7/11 | J | A | |
| 54. | | | | | Sold (part) | 11/28/11 | J | | |
| 55. -Blackrock Equity Dividend Fund Instl | | | | | Buy | 10/5/11 | J | | |
| 56. -Cohen & Steers International Realty Fd Cl I | | | | | Buy | 3/7/11 | J | | |
| 57. -Columbia Value & Restructuring Fd Cl Z | | | | | Buy | 3/7/11 | J | | |
| 58. | | | | | Sold | 10/5/11 | J | | |
| 59. -Credit Suisse Commodity Return Strat Fd Cl A | | | | | Buy | 3/7/11 | J | | |
| 60. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | Buy | 11/28/11 | J | | |
| 61. -Dreyfus Appreciation Fd | | | | | Buy | 03/07/11 | J | | |
| 62. -Eagle Small Cap Growth Fund Cl I | | | | | Buy | 03/07/11 | J | | |
| 63. -First Eagle Gold Fd Cl I | | | | | Buy | 10/5/11 | J | | |
| 64. -Harbor International Fund Instl Cl | | | | | Buy | 03/07/11 | J | | |
| 65. | | | | | Sold (part) | 10/5/11 | J | | |
| 66. -Hartford Capital Appreciation Fd Cl I | | | | | Buy | 03/7/11 | J | | |
| 67. | | | | | Sold | 05/05/11 | J | A | |
| 68. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | Buy | 03/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. –Legg Mason Western Asset Municipal High Income I | | | | | Buy | 10/05/11 | J | | |
| 70. –Mainstay Large Cap Growth Fund Cl I | | | | | Buy | 03/07/11 | J | | |
| 71. | | | | | Buy | 5/5/11 | J | | |
| 72. | | | | | Sold (part) | 11/28/11 | J | | |
| 73. –MFS Research Bond Fund Cl I | | | | | Buy | 3/7/11 | J | | |
| 74. | | | | | Buy | 11/28/11 | J | | |
| 75. –Neuberger Berman High Income Bond Fd Cl Inst | | | | | Buy | 10/05/11 | J | | |
| 76. –Oppenheimer Gold & Special Minerals Fd | | | | | Buy | 03/07/11 | J | | |
| 77. | | | | | Sold | 05/05/11 | J | | |
| 78. –Oppenheimer Rising Dividends Fund Cl Y | | | | | Buy | 5/5/11 | J | | |
| 79. | | | | | Buy | 10/5/11 | J | | |
| 80. –Pimco Emerging Local Bond Fund Cl P | | | | | Buy | 03/07/11 | J | | |
| 81. | | | | | Sold | 10/5/11 | J | | |
| 82. –Pioneer Strategic Income Fd Cl Y | | | | | Buy | 03/07/11 | J | | |
| 83. | | | | | Sold | 10/5/11 | J | | |
| 84. –TCW Total Return Bond Fd Cl Y | | | | | Buy | 3/07/11 | J | | |
| 85. IRA #2 | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Smith Barney Bank Deposit Program cash account | | | | | | | | | |
| 87. -Capital World Growth & Income Fd Cl B | | | | | | | | | |
| 88. 401(k) Retirement Plan | B | Dividend | N | T | | | | | |
| 89. -American Funds - Growth Fund of America-R2 | | | | | Buy (add'l) | 08/04/11 | J | | |
| 90. -American Funds - Investment Company of America-R2 | | | | | Buy (add'l) | 08/04/11 | J | | |
| 91. -American Funds - Fundamental Investors-R2 | | | | | Buy (add'l) | 08/04/11 | J | | |
| 92. IRA #3 | B | Int./Div. | L | T | | | | | |
| 93. -Merrill Lynch cash holding account | | | | | Open | 3/7/11 | L | | |
| 94. -Allianz NFJ Dividend Value Fd Cl P | | | | | Buy | 3/7/11 | J | | |
| 95. | | | | | Sold (part) | 5/5/11 | J | A | |
| 96. | | | | | Sold (part) | 11/28/11 | J | | |
| 97. -Blackrock Equity Dividend Fund Instl | | | | | Buy | 10/5/11 | J | | |
| 98. -Cohen & Steers International Realty Fd Cl I | | | | | Buy | 3/7/11 | J | | |
| 99. -Columbia Value & Restucturing Fd Cl Z | | | | | Buy | 3/7/11 | J | | |
| 100. | | | | | Sold | 10/5/11 | J | | |
| 101. -Credit Suisse Commodity Return Strat Fd Cl A | | | | | Buy | 3/7/11 | J | | |
| 102. -Dreyfus Emerging Mkts Debt Local Currency Cl I | | | | | Buy | 11/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Dreyfus Appreciation Fd | | | | | Buy | 03/07/11 | J | | |
| 104. -Eagle Small Cap Growth Fund Cl I | | | | | Buy | 03/07/11 | J | | |
| 105. -First Eagle Gold Fd Cl I | | | | | Buy | 10/5/11 | J | | |
| 106. -Harbor International Fund Instl Cl | | | | | Buy | 03/07/11 | J | | |
| 107. | | | | | Sold (part) | 10/5/11 | J | | |
| 108. -Hartford Capital Appreciation Fd Cl I | | | | | Buy | 03/7/11 | J | | |
| 109. | | | | | Sold | 05/05/11 | J | A | |
| 110. -Lazard Emerging Mkts Equity Ptfl Instl Class | | | | | Buy | 03/07/11 | J | | |
| 111. -Legg Mason Western Asset Municipal High Income I | | | | | Buy | 10/05/11 | J | | |
| 112. -Mainstay Large Cap Growth Fund Cl I | | | | | Buy | 03/07/11 | J | | |
| 113. | | | | | Buy | 5/5/11 | J | | |
| 114. | | | | | Sold (part) | 11/28/11 | J | | |
| 115. -MFS Research Bond Fund Cl I | | | | | Buy | 3/7/11 | J | | |
| 116. | | | | | Buy | 11/28/11 | J | | |
| 117. -Neuberger Berman High Income Bond Fd Cl Inst | | | | | Buy | 10/05/11 | J | | |
| 118. -Oppenheimer Gold & Special Minerals Fd | | | | | Buy | 03/07/11 | J | | |
| 119. | | | | | Sold | 05/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Oppenheimer Rising Dividends Fund Cl Y | | | | | Buy | 5/5/11 | J | | |
| 121. | | | | | Buy | 10/5/11 | J | | |
| 122. -Pimco Emerging Local Bond Fund Cl P | | | | | Buy | 03/07/11 | J | | |
| 123. | | | | | Sold | 10/5/11 | J | | |
| 124. -Pioneer Strategic Income Fd Cl Y | | | | | Buy | 03/07/11 | J | | |
| 125. | | | | | Sold | 10/5/11 | J | | |
| 126. -TCW Total Return Bond Fd Cl Y | | | | | Buy | 3/07/11 | J | | |
| 127. 529 College Savings Plan | | None | J | T | | | | | |
| 128. -Blackrock 100% Equity Port | | | | | Sold (part) | 11/23/11 | J | B | |
| 129. Trust #1 | E | Int./Div. | O | T | | | | | |
| 130. -Federated Tax-Free Obligs Fd MMkt Instl Cl#15 FFS | | | | | Closed | 12/31/11 | K | | |
| 131. -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | Open | 12/31/11 | K | | |
| 132. -BP PLC Spons ADR (common) | | | | | | | | | |
| 133. -Exxon Mobil Corp (Common) | | | | | | | | | |
| 134. -Praxair Inc (Common) | | | | | | | | | |
| 135. -General Electric Co (Common) | | | | | | | | | |
| 136. -Home Depot Inc (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Coca-Cola Co (Common) | | | | | | | | | |
| 138. -Colgate Palmolive Co (Common) | | | | | | | | | |
| 139. -Kimberly Clark Corp (Common) | | | | | | | | | |
| 140. -Bristol Myers Squibb Co (Common) | | | | | | | | | |
| 141. -Johnson & Johnson (Common) | | | | | | | | | |
| 142. -American Express Co (Common) | | | | | | | | | |
| 143. -Bank of America Corp (Common) | | | | | | | | | |
| 144. -JP Morgan Chase & Co (Common) | | | | | | | | | |
| 145. -Charles Schwab Corp (Common) | | | | | | | | | |
| 146. -Wells Fargo & Co New (Common) | | | | | | | | | |
| 147. -Hewkett-Packard Co (Common) | | | | | | | | | |
| 148. -Intel Corp (Common) | | | | | | | | | |
| 149. -Microsoft Corp (Common) | | | | | | | | | |
| 150. -Verizon Communications (Common) | | | | | | | | | |
| 151. -Forum Funds - Absolute Strategies Fd Instl Cl | | | | | | | | | |
| 152. -Manning & Napier Funds - World Opptys Ser Cl A | | | | | | | | | |
| 153. -Oppenheimer Funds - Developing Mkts Instl Fd Cl Y | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trust #2 | C | Int./Div. | N | T | | | | | |
| 155. -Federated Tax-Free Obligs Fd MMkt Instl Cl#15 FFS | | | | | Closed | 12/31/11 | J | | |
| 156. -Federated Money Mkt Obligs Tr Trsy Obligs Instl Cl #68 FFS | | | | | Open | 12/31/11 | J | | |
| 157. -Exxon Mobil Corp (Common) | | | | | | | | | |
| 158. -General Electric Co (Common) | | | | | | | | | |
| 159. -Home Depot Inc (Common) | | | | | Sold (part) | 6/8/11 | J | C | |
| 160. | | | | | Donated (part) | | | | |
| 161. -Abbott Labs (Common) | | | | | | | | | |
| 162. -JP Morgan Chase & Co (Common) | | | | | | | | | |
| 163. -Intel Corp (Common) | | | | | Donated (part) | | | | |
| 164. -Oppenheimer Funds-Developing Mkts Instl Fd Cl Y | | | | | | | | | |
| 165. -Note Rec. (Mortgage on rental prop #1-Part VI, Ln 1) | | | | | | | | | |
| 166. Trust #3 | B | Int./Div. | L | T | | | | | |
| 167. -Cash - ML Bank Deposit Program (X) | | | | | | | | | |
| 168. -General Electric (Common) | | | | | | | | | |
| 169. -Johnson and Johnson (Common) | | | | | | | | | |
| 170. -Wal-Mart Stores Inc (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Trust #4 | C | Int./Div. | M | T | | | | | |
| 172. -General Electric (Common) | | | | | | | | | |
| 173. -Home Depot Inc (Common) | | | | | | | | | |
| 174. -Johnson and Johnson (Common) | | | | | | | | | |
| 175. -MFS Growth Allocation Fund Cl C | | | | | | | | | |
| 176. -Bac Clrm Global E (MLGEZ) | | | | | | | | | |
| 177. -Wal-Mart Stores Inc (Common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TREADWELL, MARC T. | 08/03/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS

Part VII, Lines 2 and 3: The Wells Fargo and Suntrust bank accounts are not reportable for this reporting period because the balances are below the $5,000 threshhold at 12/31/11, and income from the accounts was less than $200 for the year.

Part VII, Line 9: The value of the universal life policy in Column C(1) is the cash surrender value as of 12/31/2011.

Part VII, Line 92: This "IRA #3" was opened by the reporting party using a transfer from "IRA #1". The reporting party did this to convert a portion of his regular IRA to this new Roth IRA account.

Part VII, Lines 130 & 131, and lines 155 & 156: During 2011, the trustee of "Trust #1" and "Trust #2" changed the investments of temporary cash from "Federated Tax-Free Obligs Fd MMkt Instl Cl#15 FFS" to "Federated Money Mkt Oblgs Tr Trsy Obligs Instl Cl #68 FFS".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARC T. TREADWELL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544